UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:09-00067 |
| v. ) | JUDGE HAYNES |
| ) | |
| $27,000.00 United States Currency, ) | |
| $1,371.00 United States Currency ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Russell Edward Booth, Claimant ) | |

## CONSENT ORDER OF FORFEITURE

Based on the representations and agreements of the Government and the Claimant Russell Edward Booth as evidenced by their signatures below, the Court finds as follows:

**WHEREAS**, on January 20, 2009, the Government filed its Verified Complaint for Forfeiture (D.E.1) against the Defendant Property seeking its forfeiture pursuant to (1) 21 U.S.C. § 881(a)(6) which authorizes forfeiture of (1) all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. § 841; (2) all proceeds traceable to such an exchange; and (3) all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of 21 U.S.C. § 841(a)(1), i.e., to knowingly or intentionally manufacture, distribute or dispense, or possess with intent to manufacture, distribute or dispense, a controlled substance.

**WHEREAS**, process was fully issued in this action and returned according to law. Pursuant to the Warrant and Summons for Arrest of Articles In Rem issued by the Court, all persons claiming an interest in the Defendant Property were required to file a Verified Statement of Interest with the

Clerk of Court no later than thirty-five (35) days after the date of service of the complaint or, as applicable, the date of final publication of the notice of forfeiture and to serve and file an answer within twenty (20) days after the filing of the claim as provided by Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**WHEREAS**, the Defendant Property was seized and served with a copy of the Verified Complaint for Forfeiture and the Warrant and Summons for Arrest of Articles In Rem;

**WHEREAS**, public notice of said complaint and forfeiture action was advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site; and no claim or answer has been filed by or on behalf of any person or entity other than Russell Edward Booth, and the time within which to do so has expired.

**WHEREAS**, in accordance with the Agreement entered into on September 8, 2009 between Russell Edward Booth and the United States, in Criminal Action No. 3:08-cr-00170, the parties stipulated and agreed to compromise and settle their claims with respect to the Defendant Property.

**WHEREAS**, Claimant Russell Edward Booth agrees to the forfeiture of the Defendant Property, $27,000 and $1,371 U.S. currency.

Now, therefore, upon the agreement of the parties, it is hereby

**ORDERED, ADJUDGED AND DECREED** that there is a preponderance of the evidence for the forfeiture of the Defendant Property; that there is a substantial connection between the Defendant Property and the offense; that the Defendant Property shall be forfeited to the United States with no right, title or interest existing in any other person or entity.

2

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the $27,000 U.S. currency and $1,371 U.S. currency is hereby forfeited to the United States.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States Marshals Service and/or the Department of Treasury is directed to dispose of the Defendant Property according to law, with the net proceeds, after the deduction of any costs incurred in relation to the seizure or forfeiture of the defendant property, to be deposited into the Asset Forfeiture Fund and further disbursed according to law.

The entry of this order shall serve as the final judgment in this action.

**IT IS SO ORDERED** on this, the 11th day of September, 2009.

_____
United States District Judge

APPROVED FOR ENTRY:

Edward M. Yarbourgh
United States Attorney
Middle District of Tennessee

_____
Harold McDonough
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
615-736-5151
Attorneys for the United States of America

_____
Russell Edward Booth

_____
Jack D. Lowery, Attorney for Russell Edward Booth

3